UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
McDOWELL,

       Plaintiff,                             Discovery Order
                                                     CV-04-2909 (DGT) (JMA)
   -against-

T-MOBILE USA, INC.

       Defendant.
-----------------------------------------------------------------X
A P P E A R A N C E S:

David Abrams
305 Broadway, 9th Floor
New York, NY 10007

Robert Alan Burstein
Burstein & Blum LLP
60 East 42nd Street, Suite 2112
New York, NY 10165
Attorneys for Plaintiff

John Patrick Barry
Epstein Becker & Green
250 Park Ave.
New York, NY 10177
Attorney for Defendant

AZRACK, United States Magistrate Judge:

     Upon review of the attorney work product submitted for *in camera* review, I find that the crime fraud exception is inapplicable to these documents. There is no evidence that these documents were created in an attempt to mislead or perpetrate a fraud on the EEOC in response to its investigation of plaintiff's complaint. Thus, the work product privilege continues to apply to these documents and they need not be produced to plaintiff under any exception to that privilege.

     SO ORDERED.

Dated: Brooklyn, New York
       December 15, 2005

                                                     ___/s/_____
                                                   JOAN M. AZRACK
                                                   UNITED STATES MAGISTRATE JUDGE